IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DIANNA J. ALLEN,** | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | ) CV NO. 05-4053-JPG |
| | ) |
| **ROBERT CHARLETON,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   January 25, 2006

**NORBERT JAWORSKI, CLERK**

 by: s/Deborah Agans
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
            **U. S. DISTRICT JUDGE**